IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDY WILSON                                                                                           PLAINTIFF

VS.                                  CASE NO. 3:05CV00187 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 29th day of September, 2006.

_/s/ Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE