IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRANDY WILSON                                                              PLAINTIFF

vs.                    Civil Case No. 3:05CV00187 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                             DEFENDANT

ORDER

This matter is hereby remanded to the Commissioner for further proceedings consistent with the opinion and Judgment of the Eighth Circuit Court of Appeals.

SO ORDERED this 2nd day of August, 2007.


_____
United States Magistrate Judge