### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

BRANDY WILSON                                                           Plaintiff

v.                              3:05CV00187 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                Defendant

### ORDER

Pursuant to the Mandate of the Court of Appeals, this case is hereby remanded to the Commissioner for further proceedings in accordance with the opinion of the Court of Appeals.

IT IS SO ORDERED.

DATED this 1st day of November, 2007.


*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE